UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Darrell Lamar Marshall,

           Plaintiff(s),            Case No. 24-mc-50005

v.            Honorable Laurie J. Michelson

SSA Office of General Counsel,            Magistrate Judge Anthony P. Patti

           Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

    This case appears to be a companion case to Case No. __00-cv74576__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __George Caram Steeh__ and Magistrate Judge _____.

           s/Laurie J. Michelson
           Laurie J. Michelson
           United States District Judge

           s/George Caram Steeh
           George Caram Steeh
           United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: MISCELLANEOUS

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: January 11, 2024            s/ S Schoenherr
                                                             Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable George Caram Steeh